IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>ONE 2002 GMC ENVOY SLT,<br>VIN 1GKDT13S422430797,<br><br>     Defendant. | Case No. 10-CV-395 |

ORDER FOR DEFAULT JUDGMENT AGAINST WALTER L. SMITH,
GERARDO VILLAGOMEZ, AND GERARDO VILLAGOMEZ-MORENO

The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, filed a Verified Complaint of Forfeiture In Rem against the defendant 2002 GMC Envoy SLT, VIN 1GKDT13S422430797.

The complaint alleges that the defendant conveyance was used, or intended to be used, to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, in violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. As such, this conveyance is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant currency. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a default judgment to be entered; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. Default judgment is hereby entered whereby all right, title, and interest of Walter L. Smith, Gerardo Villagomez, and Gerardo Villagomez-Moreno in the defendant 2002 GMC Envoy SLT, VIN 1GKDT13S422430797, is conveyed to the Plaintiff, United States of America.

DATED: September 27, 2010

BY THE COURT:

_____
WILLIAM M. CONLEY
United States District Judge

Entered this 30th day of September 2010.

_____
PETER OPPENEER, Clerk of Court
United States District Court

2