IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ONE 2002 GMC ENVOY SLT,<br>VIN 1GKDT13S422430797,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 10-CV-395<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

ORDER FOR FINAL DEFAULT JUDGMENT

---

　　The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, filed a Verified Complaint of Forfeiture In Rem against the defendant 2002 GMC Envoy SLT, VIN 1GKDT13S422430797.

　　The complaint alleges that the defendant conveyance was used, or intended to be used, to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, in violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq. As such, this conveyance is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

　　Notice of this action was accomplished by personal service to all persons known by the government to have an interest in the defendant currency. Notice of the forfeiture complaint was also published on the official internet government forfeiture

site www.forfeiture.gov from August 24, 2010, through September 22, 2010. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

On October 1, 2010, an order for default judgment was entered against Walter L. Smith, Gerardo Villagomez, and Gerardo Villagomez - Moreno.

The United States of America has made application to this Court for a final default judgment to be entered; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. Default judgment is hereby entered whereby all right, title, and interest of in the defendant 2002 GMC Envoy SLT, VIN 1GKDT13S422430797, is conveyed to the Plaintiff, United States of America.

2. The United States Marshal for the Western District of Wisconsin is directed to dispose of the defendant 2002 GMC Envoy SLT, VIN 1GKDT13S422430797 in accordance with federal law.

DATED: November 4, 2010

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge

Entered this 8th day of Nov. 2010.

PETER OPPENEER, Clerk of Court
United States District Court